1034

THE STATE OF WASHINGTON, *Respondent*, v. LAKENYA
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-8-00990-2, Brian Tollefson, J., entered
September 9, 1995. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Seinfeld, C.J., and Arm-
strong, J.

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS
C. ATKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00860-5, Michael Moynihan, J.,
entered April 28, 1994. *Affirmed* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
MAUPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 94-1-00038-1, Michael E. Rickert, J., entered
July 1, 1994. *Affirmed* by unpublished per curiam opinion.

MICHAEL CORBETT, *Appellant*, v. VIRGINIA MASON
CLINIC, *Respondent*.

Appeals from judgments of the Superior Court for King
County, No. 92-2-28260-7, Liem E. Tuai, J., and Steven G.
Scott, J., entered June 14, 1994, September 1, 1994, and
September 21, 1994. *Affirmed in part and reversed in part*
by unpublished opinion per Kennedy, A.C.J., concurred in
by Agid and Ellington, JJ.